CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SWATI BUBNA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARCO RUBIO, Secretary, United States Department of State, *et al*.,<br><br>                    Defendants. | Case No. 5:25-cv-09738 SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

The parties in this action hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint.  Defendants will file their response on or before June 1, 2026.  The parties make this request because the agency is in the process of reviewing this case and need a brief period of additional time to prepare their response.

The parties further request a corresponding extension to the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 6.  Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or June 30, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment with 30 days of filing an Answer to the Complaint**.**

Stipulation to Extend
C 5:25-cv-09738 SVK                                    1

Dated: May 1, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 1, 2026

*/s/ Christina Liao Tong*
CHRISTINA LIAO TONG
Law Offices of Jane Oak & Assoc.
Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 4, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 5:25-cv-09738 SVK                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.     On November 12, 2025, Plaintiff filed a complaint in which she seeks adjudication of her nonimmigrant visa.  *See* Dkt. No. 1.  Our office was served with the complaint on March 2, 2026.

3.     My office has been conferring with the agency regarding this case, and we determine that Defendants need a brief period of additional time to review Plaintiff's application and to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 30, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
C 5:25-cv-09738 SVK                3